# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WILLIE MUNN**
**ADC # 80042**                                                                                **PLAINTIFF**

V.                          No. 1:08CV00067 SWW-BD

**TODD BALL,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Plaintiff has filed a motion for discovery (docket entry #41) and motion for copies (#41).  In the motions, Plaintiff requests copies of docket entries #19 and #28.  Plaintiff's motions are GRANTED.  The Clerk of the Court is instructed to provide Plaintiff copies of docket entries #19 and #28 along with a copy of this ORDER.

IT IS SO ORDERED this 4th day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE