# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILLIE MUNN,**
**ADC # 80042**                                                                                    **PLAINTIFF**

**V.**                              **No. 1:08CV00067 SWW-BD**

**TODD BALL,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections.[1] After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for default judgment (docket entry #40) is DENIED.

IT IS SO ORDERED, this 14th day of May 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed a pleading [doc.#55] that has been docketed as his objection to the partial recommended disposition but this pleading reflects that plaintiff is objecting in part to defendants' amended answers (which do not appear on the Court's docket sheet), not the partial recommended disposition.