IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIE MUNN,                          *
ADC #80042,                           *
                                      *
              Plaintiff,              *
                                      *
vs.                                   *  No. 1:08cv0067 SWW-BD
                                      *
                                      *
                                      *
TODD BALL, et al.,                    *
                                      *
              Defendants.             *

ORDER

Plaintiff's motion for reconsideration [doc.#59] (which plaintiff styled as his objections to the denial of his motion for summary judgment) has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 11th day of June 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE